UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN FRANK ANDRADE,<br><br>    Plaintiff,<br><br>    v.<br><br>GREG LEWIS, warden; et al.,<br><br>    Defendants.<br>_____/ | No. C 11-3528 SI (pr)<br><br>**ORDER STAYING DISCOVERY** |

Defendants have moved for a stay of discovery pending resolution of their summary judgment motion in which they raise a defense of qualified immunity. Upon due consideration, defendants' motion to stay discovery pending resolution of the motion for summary judgment is GRANTED. (Docket # 23.) The U.S. Supreme Court has made it abundantly clear that a district court should stay discovery until the threshold question of qualified immunity is settled. *See Crawford-El v. Britton*, 523 U.S. 574, 598 (1998); *Anderson v. Creighton*, 483 U.S. 635, 646 n.6 (1987); *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982). All discovery is STAYED until the court rules on defendants' motion for summary judgment. This ruling means that plaintiff must prepare his opposition to the motion to summary judgment without the benefit of any discovery he has not yet received.

IT IS SO ORDERED.

Dated: July 23, 2012

                                                                                       _____

                                                                                              SUSAN ILLSTON<br>
                                                                            United States District Judge

United States District Court<br>For the Northern District of California