UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN FRANK ANDRADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREG LEWIS, warden; et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　／ | No. C 11-3528 SI (pr)<br><br>**ORDER FOR SUPPLEMENTAL EXHIBITS** |

In this *pro se* prisoner's civil rights action, plaintiff claims that his due process rights were violated during his late 2008 validation as an associate of the Northern Structure prison gang. Defendants have moved for summary judgment and argued, inter alia, that there was sufficient evidence to support the validation decision. The court's consideration of defendants' motion is hindered by defendants' failure to present the evidence upon which they relied in validating plaintiff. Instead of submitting all of the source items used to validate plaintiff, they refer the reader to the confidential disclosure forms that purported to describe those items to the inmate. *See* Motion for Summary Judgment, pp. 3-4 (citing exhibits B-F to the complaint). The court wants to see the source items, rather than descriptions of those source items. Accordingly, no later than **January 25, 2013**, defendants must file a copy of the source items referred to in exhibits B-F to the complaint. If defendants consider the items to be confidential, they may file them under seal (and not serve a copy of the evidence on plaintiff), but must comply with Local Rule 79-5 in moving to file the supplemental evidence under seal.

　　IT IS SO ORDERED.

Dated: January 9, 2013

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge