UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN FRANK ANDRADE,

    Plaintiff,

v.

GREG LEWIS, warden; et al.,

    Defendants.
                             /

No. C 11-3528 SI (pr)

**ORDER EXTENDING DEADLINE FOR SUPPLEMENTAL EXHIBITS**

Defendants' request for an extension of the deadline to submit the requested supplemental exhibits is GRANTED. (Docket # 37.) Defendants must file the supplemental exhibits no later than **February 8, 2013**. No further extensions of this deadline will be granted, as it is unacceptable to take more than four weeks to produce five memoranda that are supposedly kept in one file for one prisoner.

No later than **February 1, 2013**, defense counsel must file a supplement to his declaration providing the correct case name and number for the case that he contends has occupied him with time-sensitive discovery; the court cannot find in the docket a case that matches the name and number he provided in his declaration.

IT IS SO ORDERED.

Dated: January 30, 2013

                                              _____
                                              SUSAN ILLSTON
                                              United States District Judge