UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN FRANK ANDRADE, | No. C 11-3528 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| GREG LEWIS, warden; et al., | |
| Defendants. | |

Plaintiff has filed an *ex parte* request for an extension of time to file his opposition to defendants' motion for summary judgment and defendants have filed an *ex parte* request for an extension of time to file their reply brief. Upon due consideration, the requests are GRANTED. (Docket # 65 and # 77.) Plaintiff's opposition filed on August 1, 2013 is deemed to have been timely filed. Defendants must file and serve their reply brief no later than **September 3, 2013**.

IT IS SO ORDERED.

Dated: August 26, 2013

_____
SUSAN ILLSTON
United States District Judge