**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN FRANK ANDRADE, | No. C 11-3528 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GREG LEWIS, warden; et al., | |
| Defendants. | |

Judgment is entered in all defendants' favor and against plaintiff on his federal claims, and the state law claims are dismissed without prejudice to plaintiff pursuing them in state court.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 18, 2013

_____
SUSAN ILLSTON
United States District Judge